UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEO DESSELLE, III | CIVIL ACTION |
| VERSUS | NO. 14-968 |
| BANK OF AMERICA | SECTION "N" (2) |

## ORDER AND REASONS

Presently before the Court is the motion to dismiss (Rec. Doc. 9) filed by Defendant Bank of America, N.A., formerly known as FIA Card Services, N.A. Having considered the parties' submissions and applicable law, **IT IS ORDERED** that Defendant's motion is **GRANTED** for essentially the reasons stated in the memoranda (Rec. Docs. 9-1 and 14). Accordingly, **IT IS FURTHER ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of December 2014.

**KURT D. ENGELHARDT**
**United States District Judge**